IN THE UNITED STATES COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NENE THOMAS INCORPORATED, )<br>an Oklahoma corporation, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>A.V.E.L.A., Inc., )<br>a Nevada corporation, )<br>  )<br>Defendant. ) | Case No.: **CIV-06-169-M** |

## JOINT APPLICATION FOR ADMINISTRATIVE CLOSING ORDER

COME NOW the plaintiff, Nene Tomas Incorporated, and defendant, A.V.E.L.A., Inc., and move this Court for entry of an Administrative Closing Order, closing this case unless either party later makes application to reopen it for the purpose of enforcing or contesting an arbitration award. In support thereof, the litigants state:

1. The parties have reached an agreement to arbitrate the dispute only in the forum state of Oklahoma and otherwise in accordance with the May 14, 2003, Agreement, as same may be amended by mutual written consent of the parties; and

2. Each party requests that this matter be closed administratively pending a reopening only if a party is required to seek judicial assistance related to the entry of any arbitration award.

WHEREFORE, the plaintiff and defendant request that the Court close this matter because of their agreement to resolve same by binding arbitration to be reopened if, and only if, a party seeks to enforce or contest an arbitration award.

2221774_1.DOC

Respectfully submitted this **25th** day of **April, 2007**.

*s/ H. Craig Pitts*
H. Craig Pitts, OBA #16291
*(Signed by filing attorney with permission of Plaintiff's Attorney)*
Rubenstein Bryan McCormick & Pitts
1503 E. 19th Street
Edmond, OK  73013
cpitts@oklawpartners.com

**ATTORNEYS FOR PLAINTIFF
NENE INCORPORATED**


*s/ Joseph H. Bocock*
Joseph H. Bocock, OBA #0906
Brandon L. Buchanan, OBA #18661
McAfee & Taft
A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, OK  73102-7103
405/235-9621
405/235-0439 (Fax)
joseph.bocock@mcafeetaft.com
brandon.buchanan@mcafeetaft.com

**ATTORNEYS FOR DEFENDANT
A.V.E.L.A. INC.**

2221774_1.DOC