**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NENE THOMAS INCORPORATED, an Oklahoma corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-06-169-M |
| A.V.E.L.A., INC., | ) ) | |
| Defendant. | ) | |

### ORDER

Before the Court is the parties' "Joint Application for Administrative Closing Order" [docket no. 22], filed April 25, 2007. Having considered the same, the Court finds that said motion should be, and hereby is, GRANTED. Accordingly, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. If the parties have not reopened this case within 60 days of this date, Plaintiff's action shall be deemed to be dismissed with prejudice.

**IT IS SO ORDERED this 30th day of April, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE