IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NENE THOMAS INCORPORATED,<br>an Oklahoma corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-06-169-M |
| A.V.E.L.A., INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' "Joint Motion to Re-Open Case Under New Schedule" [docket no. 24], filed June 15, 2007. Having considered the same, and for good cause shown, the Court GRANTS IN PART said motion and CONTINUES the deadline set forth in the Administrative Closing Order until December 31, 2007. Until that date, the parties may re-open this case for good cause shown for the purpose of seeking judicial assistance related to the entry of any arbitration award between them. If the parties have not re-opened this case on or before December 31, 2007, for the purpose of seeking judicial assistance related to the entry of any arbitration award, the parties' claims shall be deemed to be dismissed with prejudice.

**IT IS SO ORDERED this 26th day of June, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE